UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOYCE CONIGLIO,

        Plaintiff,

v.                        Case No. 8:15-cv-2406-T-33AEP

NATIONSTAR MORTGAGE, LLC, ET AL.,

        Defendants.

_____/

**<u>ORDER</u>**

This matter is before the Court pursuant to Defendant Nationstar Mortgage LLC's Motion to Dismiss Amended Complaint (Doc. # 36), which was filed on December 7, 2015. Nationstar's motion seeks dismissal of the Amended Complaint "in its entirety with prejudice" pursuant to Rule 12(b)(6), Fed. R. Civ. P. (<u>Id.</u> at 2).

Plaintiff, Joyce Coniglio, failed to file a response in opposition to the Motion within the time parameters of the Local Rules. Local Rule 3.01(b), M.D. Fla., explains, "Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document not more than twenty (20) pages."

Accordingly, on the present record, this Court considers Defendant's Motion (Doc. # 36) as an unopposed motion and

grants the Motion. However, in an abundance of fairness to Plaintiff, the Court dismisses the Amended Complaint without prejudice, rather than with prejudice, as was requested in the Motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

(1) Defendant's Motion to Dismiss (Doc. # 36) is **GRANTED** as an unopposed Motion.

(2) The Amended Complaint is dismissed without prejudice.

(3) The Clerk shall close the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 30th day of December, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE